1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ERNESTO RODRIGUEZ,                    Case No. SACV 14-0010 PA (SS)

12              Petitioner,

13       v.                                          **JUDGMENT**

14   DALINDA HARMAN, Chief, CBU,

15              Respondent.

16

17       Pursuant to the Court's Order Dismissing Habeas Action

18   Without Prejudice,

19

20       IT IS HEREBY ADJUDGED that the above-captioned action is

21   dismissed without prejudice.

22

23   DATED:  February 26, 2014

24                                         _____
                                           PERCY ANDERSON
25                                         UNITED STATES DISTRICT JUDGE

26

27

28